**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**RAYFORD CLARK,**

          **Plaintiff,**

-vs-                            **Case No. 6:11-cv-676-Orl-28DAB**

**CENTRAL CREDIT SERVICES, INC.,**

          **Defendant.**

_____

**ORDER OF DISMISSAL WITH PREJUDICE**

Upon consideration of Plaintiff's Notice of Voluntary Dismissal with Prejudice (Doc. No. 7), and pursuant to Fed. R. Civ. P. 41(a), it is hereby

**ORDERED** that this case is dismissed with prejudice. All pending motions are **DENIED** as moot. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 25th day of May, 2011.

JOHN ANTOON II
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Party